**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD V. RAY, JR.,

    Plaintiff,

  v.

MARTIN ZIEBARTH, et al.,

    Defendants.
                                 /

No. C 12-0377 YGR (PR)

**JUDGMENT**

The action having been dismissed, the Court hereby enters judgment in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED:   October 25, 2012

                                          YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE